UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RACHELE ANN COLANTUONO,<br><br>                Plaintiff,<br><br>v.<br><br>COMPANION LIFE INSURANCE COMPANY,<br><br>                Defendant. | No. 3:19-cv-01211-JAM |

## Stipulation of Dismissal

    Plaintiff and Defendant agree that Plaintiff's Complaint may be dismissed with prejudice.

No costs or fees awarded to either party.

| | |
|---|---|
| */s/ Michael K. Stanton, Jr.* | */s/ Brooks R. Magratten* |
| Michael K. Stanton, Jr. (ct08916) | Brooks R. Magratten, Esq., #27454 |
| FERGUSON COHEN LLP | PIERCE ATWOOD LLP |
| 25 Field Point Road | One Financial Plaza, 26th Floor |
| Greenwich, CT 06830 | Providence, RI  02903 |
| (203) 661-5222 | (401) 490-3422 |
| (203) 661-1197 Fax | (401) 588-5166 Fax |
| mstanton@fercolaw.com | bmagratten@pierceatwood.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant*<br>*Companion Life Insurance Company* |

## CERTIFICATE OF SERVICE

    I certify that the within document was electronically filed with the clerk of the court on March 18, 2020, and that it is available for viewing and downloading from the Court's ECF system.  Service by electronic means has been effectuated on the following counsel of record:

    Michael K. Stanton, Jr.
    Ferguson Cohen LLP
    25 Field Point Road
    Greenwich, CT 06830

                                                                         */s/ Brooks R. Magratten*